UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILYA WALSH, et al., | No. 2:13-cv-2077 MCE KJN PS |
| Plaintiffs, | |
| v. | ORDER |
| AMERICAN MEDICAL RESPONSE, et al., | |
| Defendants. | |

Plaintiffs Liliya Walsh and Peter Walsh are proceeding without counsel in this action.[1] Presently before the court are three requests filed by plaintiffs: (1) a renewed request to file electronically by Liliya Walsh (ECF No. 26); (2) a renewed request to file electronically by Peter Walsh (ECF No. 31); and (3) a request by both plaintiffs to appear telephonically at all future hearings in this case where the court has not specifically required plaintiffs to appear in person (ECF No. 32). For the reasons stated below, the court denies all three requests. In addition, due to the filing of defendant Sutter Roseville Medical Center's Motion to Dismiss (ECF No.33), set for hearing before the undersigned on May 15, 2014, at 10:00 A.M., the May 8, 2014 hearings on Rocklin Police Department's, American Medical Response West's, Placer County's, and Telecare Placer Psychiatric Healthcare Facility's motions to dismiss (ECF Nos. 8, 17, 18, 21) are vacated

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

and continued to May 15, 2014, at 10:00 A.M., before the undersigned.

### I. Plaintiffs' Renewed Requests to File Electronically

In their virtually identical renewed motions, plaintiffs request authorization to make their future filings in this case electronically. In support of their requests, plaintiffs allege that having to travel to the court to make filings in this action has placed significant burdens on their time and finances, and has caused them to suffer a disadvantage in this case.

Under Eastern District Local Rule 133(b)(2) "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." Pursuant Eastern District Local Rule 133(b)(3), a pro se party may request the court to permit that party to utilize electronic filing. However, "[r]equests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Local Rule 133(b)(3).

Here, neither plaintiff indicates that he or she has unsuccessfully attempted to obtain a stipulation from defendants to permit him or her to make electronic filings in this case. Furthermore, plaintiffs do not otherwise show that such a stipulation cannot be had, as the Local Rules require. See id. In its February 28, 2014 order denying plaintiffs' initial request for authorization to make electronic filings in this case, the court required plaintiffs to show in any future requests to file electronically that "they have been able to proceed in this case in conformance with the Federal Rules of Civil Procedure, the court's Local Rules, and the court's orders." (ECF No. 11 at 2-3.) Plaintiffs make no such showing in either of their requests and their present failures to conform to Local Rule 133 indicate that they are currently unable to make such a showing. Accordingly, plaintiffs' renewed requests to file electronically (ECF Nos. 26, 31) are denied without prejudice.

### II. Plaintiffs' Request for Telephonic Appearance

Plaintiffs have also filed a joint request for both plaintiffs to appear telephonically at all future proceedings in this case where the court has not ordered them to appear in person. (ECF No. 32.) The court denies this broad request. However, the court notes that it will entertain any

future requests by plaintiffs requesting a telephonic appearance provided that such a request is with respect to a particular hearing that has already been scheduled before the undersigned.

III.   Conclusion

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiffs' renewed requests to file electronically (ECF Nos. 26, 31) are DENIED without prejudice;

2. Plaintiffs' request to appear telephonically (ECF No. 32) is DENIED; and

3. The May 8, 2014 hearings on Rocklin Police Department's, American Medical Response West's, Placer County's, and Telecare Placer Psychiatric Healthcare Facility's motions to dismiss (ECF Nos. 8, 17, 18, 21) are VACATED and CONTINUED to **May 15, 2014, at 10:00 A.M.,** in Courtroom 25 (KJN) before the undersigned.

IT IS SO ORDERED.

Dated: April 15, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE