

**FILED**

**SEP 03 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

BARRY C. MARSH, ESQ. - State Bar No. 99908
SCOTT R. KANTER, ESQ. - State Bar No. 199696
LAW OFFICES OF
**HINSHAW, MARSH, STILL & HINSHAW, LLP**
12901 SARATOGA AVENUE
SARATOGA, CALIFORNIA 95070
(408) 861-6500
FAX (408) 257-6645

Attorneys for Attorneys for Defendant AMERICAN MEDICAL RESPONSE WEST (herein sued as "AMERICAN MEDICAL RESPONSE")

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIYA WALSH, ET AL., <br><br> Plaintiff, <br><br> vs. <br><br> AMD SACRAMENTO, ET AL., <br><br> Defendants. <br> _____ / | No. 2:13-CV-02077-MCE-KJN <br><br> [~~PROPOSED~~] **ORDER RE DEFENDANT AMERICAN MEDICAL RESPONSE'S REQUEST FOR PHONE APPEARANCE** <br><br> **Date:** September 4, 2014 <br> **Time:** 10:00 am <br> **Courtroom: 25 (Magistrate Judge Kendall J. Newman)** <br><br> Complaint Filed: October 7, 2013 <br> First Amended Complaint Filed: February 6, 2014 <br> Second Amended Complaint Filed: June 16, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Defendant AMERICAN MEDICAL RESPONSE WEST (herein sued as "AMERICAN MEDICAL RESPONSE") hereby requests to appear by telephone at the hearing on the Motion to Dismiss scheduled on September 4, 2014, at 10:00 a.m., in Courtroom 25 of the above-entitled court. Counsel's office is located in Saratoga (Santa Clara County), California, and it would be a 4-hour round trip to drive to the Court.

///

PLEASE TAKE FURTHER NOTICE that Scott R. Kanter, counsel for Defendant AMERICAN MEDICAL RESPONSE WEST will be readily available for the hearing and can be reached at (408) 861-6512.

Dated: September 3, 2014          HINSHAW, MARSH, STILL & HINSHAW, LLP

                            By:    /S/ Scott R. Kanter
                                    BARRY C. MARSH
                                    SCOTT R. KANTER
                                    Attorneys for Defendant AMERICAN MEDICAL RESPONSE WEST (herein sued as "AMERICAN MEDICAL RESPONSE")

IT IS HEREBY ORDERED:

       1.    Defendant's Request for Telephonic Appearance at the hearing on the Motion to Dismiss is granted.

       2.    Counsel for Defendant may appear telephonically at the hearing on the Motion to Dismiss scheduled for September 4, 2014, at 10:00 a.m., in Courtroom 25 of the above-entitled Court.

Dated: Sep. 3, 2014

MAGISTRATE JUDGE KENDALL J. NEWMAN
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE DEFENDANT AMERICAN MEDICAL RESPONSE'S REQUEST FOR PHONE APPEARANCE