UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIYA WALSH, et al., | No. 2:13-cv-2077 MCE KJN PS |
| Plaintiffs, | |
| v. | ORDER |
| AMD SACRAMENTO, et al., | |
| Defendants. | |

On December 29, 2014, the court granted defendants' motions to dismiss plaintiffs' second amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing plaintiffs' only federal claims with prejudice and dismissing plaintiff's remaining state law claims without prejudice for lack of subject matter jurisdiction. (ECF Nos. 80, 86.) Plaintiffs then filed a motion for reconsideration of that order, which the court denied on April 24, 2015. (ECF Nos. 93, 100.) Thereafter, on May 26, 2015, plaintiffs filed a notice of appeal as well as a motion to proceed in forma pauperis on appeal. (ECF Nos. 101, 102.)[1]

Federal Rule of Appellate Procedure 24 provides that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P.

---

[1] The action was initially filed by plaintiffs on October 7, 2013, who paid the appropriate filing fee. (ECF No. 1.) As such, plaintiffs were not previously granted in forma pauperis status during the pendency of the action in district court.

1  24(a)(1). Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if
2  the trial court certifies in writing that it is not taken in good faith." The good faith standard is an
3  objective one. Coppedge v. United States, 369 U.S. 438, 445 (1962). A plaintiff satisfies the
4  "good faith" requirement if he or she seeks review of any issue that is "not frivolous." Gardner v.
5  Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting Coppedge, 369 U.S. at 445).

6  For the reasons stated in the September 11, 2014 findings and recommendations (ECF No.
7  80), adopted by the district judge on December 29, 2014 (ECF No. 86), the court finds that the
8  instant appeal is frivolous. The court thus certifies that plaintiffs' appeal is not taken in good
9  faith.

10  Accordingly, IT IS HEREBY ORDERED that:
11  1. Plaintiffs' motion to proceed in forma pauperis on appeal (ECF No. 102) is DENIED.
12  2. The Clerk of Court is directed to serve a copy of this order on plaintiffs and on the
13  Ninth Circuit Court of Appeals.
14  IT IS SO ORDERED.
15  Dated: May 28, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE